IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT F. CARUSO,<br><br>                Plaintiff<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>    COMMISSIONER OF SOCIAL<br>    SECURITY ADMINISTRATION,<br><br>                Defendant | CIVIL ACTION<br><br>NO. 10-6759 |

**ORDER**

AND NOW, this 31st day of July, 2012, upon consideration of Plaintiff's Motion for Summary Judgment (Dkt. No. 13) filed September 2, 2011; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 14) filed September 28, 2011; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated July 6, 2012, IT IS ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. JUDGMENT IS ENTERED REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation;

    3. In all other respects, Plaintiff's motion for summary judgment is DENIED; and

    4. The Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

_____
PETRESE B. TUCKER,
United States District Judge